USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/8/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARC AMERUSO,

                Plaintiff,

v.

CITY OF NEW YORK, *ET AL.*,

                Defendants.

---

No. 15-CV-3381 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    As discussed at today's conference, Defendants' motion for summary judgment is granted in part and denied in part. Specifically, Defendants' motion is granted as to the following five claims: the right to a fair trial (Count Six), failure to intervene (Count Seven), and municipal liability (Count Eight) under 42 U.S.C. § 1983, and negligent screening, hiring, and retention (Count Fifteen) and negligent training and supervision (Count Sixteen) under New York law. Summary judgment is denied as to the remaining claims.

    No later than January 14, 2020, the parties shall file a letter proposing dates for trial.

SO ORDERED.

Dated:    January 8, 2020
              New York, New York

                                            Ronnie Abrams
                                            United States District Judge