USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3-30-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARC AMERUSO,

        Plaintiff,

v.

CITY OF NEW YORK, *et al.*,

        Defendants.

No. 15-CV-3381 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Pursuant to the Southern District of New York's Standing Order of March 27, 2020 regarding the suspension of civil jury trials until June 1, 2020, *see* 20 Misc. 172, the trial in this action – currently scheduled to begin on May 4, 2020 – is hereby adjourned. No later than April 10, 2020, the parties shall file a letter proposing alternative trial dates between June and September 2020.

SO ORDERED.

Dated:    March 30, 2020
             New York, New York

                                                Ronnie Abrams
                                                United States District Judge