UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7/17/2020

MARC AMERUSO,

            Plaintiff,

v.

CITY OF NEW YORK, *et al.*,

            Defendants.

No. 15-CV-3381 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The Court will hold a status conference on July 20, 2020 at 3:00 PM. The parties shall call the conference line (888) 363-4749 and enter the access code 1015508. This conference line is open to the public.

SO ORDERED.

Dated:    July 17, 2020
             New York, New York

Ronnie Abrams
United States District Judge