USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7/20/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARC AMERUSO,

                Plaintiff,

           v.

CITY OF NEW YORK *et al.*,

                Defendants.

No. 15-CV-3381 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    For the reasons discussed during today's conference, all previously scheduled deadlines, including the September 14, 2020 trial date, are hereby adjourned *sine die*. Within one week of the requested settlement conference, the parties shall update the Court on the status of this action. In the event that the settlement effort is unsuccessful, the parties shall propose new dates for trial.

SO ORDERED.

Dated:    July 20, 2020
            New York, New York

                                            Ronnie Abrams
                                            United States District Judge