USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5-6-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARC AMERUSO,

                Plaintiff,

     v.

CITY OF NEW YORK *et al.*,

                Defendants.

15-CV-3381 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

     No later than May 13, 2021, the parties shall file a joint letter advising the Court (1) of the expected length of trial in this case and (2) of their availability to proceed with trial between July and December of this year.

SO ORDERED.

Dated:    May 6, 2021
           New York, New York

                                      RONNIE ABRAMS
                                      United States District Judge