USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5-14-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARC AMERUSO,

                Plaintiff,

v.

CITY OF NEW YORK, *et al.*,

                Defendants.

15-CV-3381 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The following is hereby ORDERED:

    The parties shall be prepared to try this case on November 8, 2021. The Court notes, however, that although it will request that trial date, it cannot provide assurance that a reconfigured COVID-safe courtroom will be available at that time. In any event, in accordance with the Court's individual rules, the parties shall submit a joint pretrial order, motions in limine, proposed findings of fact and conclusions of law, and pretrial memoranda of law by October 4, 2021; any oppositions shall be filed by October 11, 2021; and any replies shall be filed by October 18, 2021. A final pretrial conference is scheduled for November 1, 2021 at 2:00 p.m.

SO ORDERED.

Dated:    May 14, 2021
             New York, New York

                                            RONNIE ABRAMS
                                            United States District Judge