UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARC AMERUSO,

                    Plaintiff,

          v.

CITY OF NEW YORK, *et al.*,

                    Defendants.

No. 15-CV-3381 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On September 28, 2021, the Court granted the parties' request to adjourn trial *sine die* to allow the parties to focus on settlement negotiations. Dkt. 149. On November 10, 2021, the parties notified the Court that they were still engaged in settlement discussions. Dkt. 150. The Court has not heard from the parties since then.

By no later than January 24, 2022, the parties shall file a letter updating the Court on the status of this case.

SO ORDERED.

Dated:    January 10, 2022
          New York, New York

                                        Ronnie Abrams
                                        United States District Judge