UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARC AMERUSO,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>CITY OF NEW YORK, *et al.*,<br><br>　　　　　　　　Defendants. | No. 15-CV-3381 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

　　On March 28, 2022, the parties notified the Court that they were still engaged in settlement discussions and indicated that they would file a letter updating the Court on the status of the case in 60 days. The Court has not yet received that letter. The parties are directed to file their joint status letter no later than June 13, 2022.

SO ORDERED.

Dated:　　June 8, 2022
　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Ronnie Abrams
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge