UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

MARC AMERUSO,

                                Plaintiff,

          -against-

THE CITY OF NEW YORK, MARVIN JOHNSON,
MILDRED VELEZ, JOHN SHAPIRO, JESSE PINTO,

                               Defendants.
------------------------------------------------------------------------ x

**STIPULATION AND ORDER OF DISMISSAL**

15 Civ. 3381 (RA) (BCM)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

       1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       8-18-22, 2022

| | |
|---|---|
| THE LAW OFFICE OF BRYAN J. SWERLING, P.C.<br>*Attorneys for Plaintiff*<br>15 Maiden Lane, Suite 2005<br>New York, New York 10038<br>(212) 571-5757<br><br>By: *Bryan J. Swerling*<br>     Bryan J Swerling | HON. SYLVIA O. HINDS-RADIX<br>Corporation Counsel of the<br>     City of New York<br>*Attorney for Defendants City of New York,<br>  Johnson, Velez, Shapiro, and Pinto*<br>100 Church Street, 3rd Floor<br>New York, New York 10007<br><br>By: _____<br>    ~~Soo-Young Shin~~ Steve Stavridis |

SO ORDERED:

_____
HON. RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE

Dated: ___August 23___, 2022